

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00826-CV

In the **INTEREST OF K.N.J.**, N.-L.F.J., and F.J.J., III, Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01058
Honorable Charles E. Montemayor, Associate Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the part of the trial court's Order of Termination that terminated the parent-child relationship between Shari J. and the children K.N.J., N.-L.F.J., and F.J.J., III, and RENDER judgment denying termination.

We assess the costs of this appeal against the Texas Department of Family and Protective Services.

SIGNED July 3, 2019.

Luz Elena D. Chapa, Justice

---

[1] The Honorable Linda Rodriguez, retired judge sitting by assignment, presided over the trial and rendered judgment; however, the Order of Termination was signed by Associate Judge Charles E. Montemayor.